IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| PHILLIP ALLEN LARUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:11-cv-0029 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is Plaintiff Phillip Allen LaRue's Motion for Judgment on the Administrative Record ("Motion for Judgment") (Doc. No. 13), filed with a Brief in Support (Doc. No. 14). Defendant Commissioner of Social Security filed a Response opposing the Motion for Judgment. (Doc. No. 19.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion for Judgment be denied. (Doc. No. 21 at 42.) The Report was filed on September 9, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Judgment and **AFFIRMS** the decision of the Commissioner. Also pending before the Court is the Commissioner's Motion for a Stay Because of Lapse of Appropriations ("Motion to Stay"). (Doc. No. 23.) The Motion to Stay is hereby **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 31st day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT